# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN BELL, individually and on behalf of members of the general public similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>NUSIL TECHNOLOGY LLC, et al.,<br><br>          Defendants. | Case No.: 1:20-cv-0061 - JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |

On November 9, 2020, the Court issued an order granting in part Plaintiff's motion to compel Defendants to supplement their initial disclosures. (Doc. 26) At that time, the Court ordered: "No later than **November 23, 2020**, the parties **SHALL** file a joint proposed protective order," after which Defendants would be required to produce the insurance agreement in issue. (*Id.* at 8, emphasis in original.) To date, however, the parties have not filed a proposed protective order or requested an extension of time.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may

impose sanctions, including terminating sanctions, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (sanctions for failure to prosecute and comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (imposing sanctions for to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (imposing sanctions for failure to prosecute and to comply with local rules).

Accordingly, **within seven days** the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's order. Alternatively, **within seven days** they may file the joint proposed protective order.

IT IS SO ORDERED.

Dated:   **November 24, 2020**            **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE